UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-10944-RGS

_____
                                    )
THOMAS GLEASON,                     )
                                    )
  Plaintiff                         )
                                    )
v.                                  )
                                    )
SALLY A. GLEASON, NORTHEAST         )
REHABILITATION HOSPITAL,            )
HIGHMARK LIFE INSURANCE             )
COMPANY, METROPOLITAN LIFE          )
INSURANCE COMPANY, KEVIN            )
REMBIS, FIDELITY INVESTMENTS,       )
MERRIMACK VALLEY FEDERAL            )
CREDIT UNION,                       )
                                    )
  Defendants.                       )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendant Metropolitan Life Insurance Company in the above-captioned matter.

METROPOLITAN LIFE INSURANCE
COMPANY,
By its attorneys,

/s/ James F. Kavanaugh, Jr.
_____
James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

Dated:  June 7, 2005
226464.1