UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-CV-10944 RGS

| | |
|---|---|
| THOMAS GLEASON, | ) |
| Plaintiff | ) |
| v. | ) |
| SALLY A. GLEASON, NORTHEAST REHABILITATION HOSPITAL, HIGHMARK LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, KEVIN REMBIS, FIDELITY INVESTMENTS, MERRIMACK VALLEY FEDERAL CREDIT UNION, | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of Defendant Highmark Life Insurance Company in the above-captioned matter.

HIGHMARK LIFE INSURANCE
COMPANY, by its Attorney,

Dated: August 4, 2005

/s Martha E. Howe
Martha E. Howe, Esquire  BBO#554854
LAW OFFICE OF RICHARD P. HOWE
201 Howe Building
11 Kearney Square
Lowell, MA  01852
(978) 454-9167
Fax:  (978) 453-4419
Email:  howelaw@verizon.net