UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10944-RGS

THOMAS GLEASON           )
                         )
vs.                      )
                         )
SALLY A. GLEASON, ET AL. )
                         )

## MOTION TO DEFAULT

NOW COMES Thomas Gleason, and requests this Honorable Court to grant a default against the Defendant, Fidelity Investments.

In furtherance thereof, the Plaintiff states as follows:

1. The Petition for Declaratory Judgment was filed by the Plaintiff on or about January 5, 2004.

2. The Petition was amended on March 10, 2005.

3. A Summons and a copy of the Complaint was served upon the Defendant, on April 6, 2005, while the matter was still in the Essex Probate Court.

4. No answer has been filed by the Defendant, Fidelity Investments, either in the Essex Probate Court or in the United States District Court since removal.

WHEREFORE, Thomas Gleason requests this Honorable Court:

1. To default the Defendant, Fidelity Investments and grant the relief requested in the Declaratory Judgment; and

2. For such other and further relief as this Court deems just and fair.

Respectfully submitted,
THOMAS GLEASON
By his attorney,

DATED: *September 21, 2005*

Stuart M. Holber, Esq.
Phillips, Gerstein, Holber & Channen, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(978) 374-1131

## CERTIFICATE OF SERVICE

I, Stuart M. Holber, Esq., do hereby certify that a copy of the foregoing document has been sent via first class mail postage prepaid, to the following list:

Dated: September 21, 2005

_____
Stuart M. Holber, Esq.

Northeast Rehabilitation Hospital
Attn:   Legal Department
70 Butler Street
Salem, NH  03079

Martha E. Howe, Esq.
Law Office of Richard P. Howe
11 Kearney Square
Lowell, MA 01852
Attorney for Highmark Life Insurance Company

James F. Kavanaugh, Jr., Esq.
Johanna L Matloff, Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
Attorneys for Metropolitan Life Insurance Company

Merrimack Valley Federal Credit Union
Attn: Legal Department
1475 Osgood Street
No. Andover, MA 01845

Fidelity Investments
Attn: Legal Department
82 Devonshire Street
Boston, MA 02109

Kevin Rembis
5 Kayla Avenue
Salem, NH 03079

G:\Anna\Domestic\Gleason\Mot to Default.wpd