UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10944-RGS

THOMAS GLEASON )
)
vs. )
)
SALLY A. GLEASON, ET AL. )
)

## MOTION TO DISMISS DEFAULT

NOW COMES Thomas Gleason, and hereby withdraws the Motion for Default against Northeast Rehabilitation Hospital. In furtherance thereof, the undersigned states that it is expected that a Stipulation for Dismissal will be filed in lieu of the default.

WHEREFORE, the undersigned requests this Honorable Court to permit him to withdraw the Motion for Default filed against Defendant, Northeast Rehabilitation Hospital.

Respectfully submitted,
THOMAS GLEASON
By his attorney,

DATED: Sptbr 29 2005

Stuart M. Holber, Esq.
Phillips, Gerstein, Holber & Channen, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(978) 374-1131

### CERTIFICATE OF SERVICE

I, Stuart M. Holber, Esq., do hereby certify that a copy of the foregoing document has been sent via first class mail postage prepaid, to the following list:

Dated Sptbr 29 2005

Stuart M. Holber, Esq.

Northeast Rehabilitation Hospital
Attn:   Mark Taylor, Esq.
70 Butler Street
Salem, NH  03079


Martha E. Howe, Esq.
Law Office of Richard P. Howe
11 Kearney Square
Lowell, MA 01852
Attorney for Highmark Life Insurance Company


James F. Kavanaugh, Jr., Esq.

Johanna L Matloff, Esq.

Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
Attorneys for Metropolitan Life Insurance Company

Merrimack Valley Federal Credit Union
Attn: Legal Department
1475 Osgood Street
No. Andover, MA 01845


Fidelity Investments
Attn: Legal Department
82 Devonshire Street
Boston, MA 02109


Kevin Rembis
5 Kayla Avenue
Salem, NH 03079


G:\Anna\Domestic\Gleason\Motion.DismissDefault.wpd