UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10944-RGS

THOMAS GLEASON            )
                          )
vs.                       )
                          )
SALLY A. GLEASON, ET AL.  )
                          )

## PROPOSED ORDER

The Court hereby Orders that the Default against Defendant, Northeast Rehabilitation Hospital is vacated.

Dated:                                            _____
                                                   *Honorable*