UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
THOMAS GLEASON,                     )
          Plaintiff,               )
                                    )
    v.                              )   1:05-CV-10944-RGS
                                    )
SALLY A. GLEASON, et al.,           )
          Defendants.              )
_____)

## NOTICE OF APPEARANCE

    Please enter the appearances of John T. McCarthy, Esq., of the firm Sanzone & McCarthy, LLP, on behalf of Defendant Fidelity Investments in the above captioned matter.

                          Respectfully submitted,
                          DEFENDANT FIDELITY INVESTMENTS, INC.,
                          By Its Attorneys,

                          /s/ John T. McCarthy
                          John T. McCarthy, Esq. (BBO#641406)
                          Sanzone & McCarthy, LLP
                          888 Worcester Street, Suite 110
                          Wellesley, MA 02482
                          781-239-9989
                          john@sanzonemccarthy.com

Dated: September 30, 2005