UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10944-RGS

THOMAS GLEASON )
)
vs. )
)
SALLY A. GLEASON, ET AL. )
)

## ASSENTED TO MOTION TO WITHDRAW MOTION FOR DEFAULT

NOW COMES Thomas Gleason and moves to withdraw the Motion for Default against Defendant, Fidelity Investments.

WHEREFORE, the undersigned requests this Honorable Court to permit him to withdraw the Motion for Default filed against Fidelity Investments.

Respectfully submitted,
THOMAS GLEASON
By his attorney,

DATED: 10-6-05

_____
Stuart M. Holber, Esq.
Phillips, Gerstein, Holber & Channen, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(978) 374-1131


/s/ John McCarthy, Esq.
John McCarthy, Esq.
Sanzone & McCarthy, LLP
888 Worcester Street, Ste. 110
Wellesley, MA 02482
(781) 239-9989
Attorney for Fidelity Investments

## CERTIFICATE OF SERVICE

I, Stuart M. Holber, Esq., do hereby certify that a copy of the foregoing document has been sent via first class mail postage prepaid, to the following list:

Dated  10-6-05

_____
Stuart M. Holber, Esq.

Mark Taylor, Esq.
Northeast Rehabilitation Hospital
70 Butler Street
Salem, NH 03079


Martha E. Howe, Esq.
Law Office of Richard P. Howe
11 Kearney Square
Lowell, MA 01852
Attorney for Highmark Life Insurance Company


James F. Kavanaugh, Jr., Esq.
Johanna L Matloff, Esq.
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
Attorneys for Metropolitan Life Insurance Company

Merrimack Valley Federal Credit Union
Attn: Legal Department
1475 Osgood Street
No. Andover, MA 01845


John McCarthy, Esq.
Sanzone & McCarthy, LLP
888 Worcester Street, Ste. 110
Wellesley, MA 02482
Attorney for Fidelity Investments


Kevin Rembis
5 Kayla Avenue
Salem, NH 03079

G:\Anna\Domestic\Gleason\Motion.DismissDefault.Fidelity.wpd