UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10944-RGS

| | |
|---|---|
| THOMAS GLEASON | ) |
| vs. | ) |
| SALLY A. GLEASON, ET AL. | ) |

**PROPOSED ORDER**

Based on the Motion To Dismiss Without Prejudice submitted by Thomas Gleason ("Plaintiff', and upon review of the Pleadings, the Court orders the following:

1. Plaintiff's Motion To Dismiss Without Prejudice Pursuant To Fed. R. Civ. P. Rule 41(a)(2) is granted.

2. All of Plaintiffs claims against all of the named defendants are dismissed without prejudice.

3. In the event that Plaintiff files any litigation regarding the disappearance of his wife in the future, Plaintiff must inform all defendants of the new action.

4. This dismissal shall have no preclusive effect in any later litigation.

Dated: _____

_____
Honorable Richard G. Steams

G:\Anna\Domestic\Gleason\Proposed0rder4 I (a)(2).wpd