UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10944-RGS

_____
                                       )
THOMAS GLEASON,                        )
                                       )
  Plaintiff                            )
                                       )
v.                                     )
                                       )
SALLY A. GLEASON, NORTHEAST            )
REHABILITATION HOSPITAL,               )
HIGHMARK LIFE INSURANCE                )
COMPANY, METROPOLITAN LIFE             )
INSURANCE COMPANY, KEVIN               )
REMBIS, FIDELITY INVESTMENTS,          )
MERRIMACK VALLEY FEDERAL               )
CREDIT UNION,                          )
                                       )
  Defendants.                          )
_____)

**RESPONSE OF METROPOLITAN LIFE INSURANCE COMPANY TO PLAINTIFF'S
MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Local Rule 7.1(B)(2), defendant Metropolitan Life Insurance Company ("MetLife") hereby responds to plaintiff's motion to dismiss without prejudice as follows. Notwithstanding the Court's November 16, 2005 Order granting plaintiff's motion, MetLife expressly reserves and does not waive its right to raise any exclusions contained in the subject dependent group life insurance policy, including but not limited to the suicide exclusion, as a ground for denying or defending any claim brought by the plaintiff in the future.

                                                METROPOLITAN LIFE
                                                INSURANCE COMPANY
                                                By its attorneys,

                                                /s/ Johanna L. Matloff
                                                _____
                                                James F. Kavanaugh, Jr. BBO#262360
                                                Johanna L. Matloff  BBO#655178
                                                CONN KAVANAUGH ROSENTHAL
                                                 PEISCH & FORD, LLP
                                                Ten Post Office Square
                                                Boston, MA  02109
                                                (617) 482-8200

Dated: November 17, 2005

240869.1